Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSHUA JANSEN,

          Plaintiff,

    v.

OCEAN SERVICES, L.L.C., et al.,

          Defendants.

No. C13-1530 RAJ

ORDER OF DISMISSAL

On January 13, 2014, the Court entered an Order to Show Cause (Dkt. #2), ordering Plaintiff to show cause no later than January 23, 2014, why this action should not be dismissed for failing to provide proof of service of the summons and complaint upon Defendants as required by Fed. R. Civ. P. 4(m)., and warning Plaintiff that absent a timely response to the Order to Show Cause, this action would be dismissed without prejudice.

There has been no response to the Court's Order to Show Cause and no proof of service has been filed.

///

///

NOW, THEREFORE, this matter is DISMISSED without prejudice based on Plaintiff's failure to prosecute.

DATED this 24th day of January, 2014.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge